UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| USA | § | |
| | § | |
| vs. | § | NO: WA:26-CR-00184(1)-CRW |
| | § | |
| (1) Francisco Mendoza-Martinez | § | |

**ORDER ACCEPTING GUILTY PLEA**

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed September 8, 2026, wherein the defendant (1) Francisco Mendoza-Martinez waived appearance before this Court and appeared before United States Magistrate Judge Derek T. Gilliland for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocation. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant (1) Francisco Mendoza-Martinez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant (1) Francisco Mendoza-Martinez's plea of guilty to Count One (1) is accepted.

Signed this 23rd day of September, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE